File No. 12104

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 1_- |
| | : | |
| Thomas A. Rogers, | : | Judge |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Thomas A. Rogers, | : | Motion No. WO-1 |
| | : | |
| | : | Document No. |
| Movant, | : | |
| | : | Related to Document No. 17 |
| vs. | : | |
| | : | |
| Walmart and Ronda J. Winnecour, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| D #1 SSN: xxx-xx-2289 | : | |

<u>ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT</u>

The above-named Debtor, having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:
WalMart
Attn: Payroll Manager
355 Walmart Drive
Uniontown, PA 15401

shall deduct from said income the sum of $335 bi-weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts

required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

    IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

    IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

    IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

    DATED this ___15th___ day of ___January___, 2019.

*Carlota M. Böhm*    dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc:    Debtor: Thomas A. Rogers, 14 Degregory Circle, P.O. Box 195, Republic, PA 15475.
       Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
       Office of the Standing Chapter 13 Trustee
       Employer: WalMart, Attn: Payroll Manager, 355 Walmart Drive, Uniontown, PA 15401.

FILED
1/15/19 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 18-24911-CMB
Thomas A. Rogers                                                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw              Page 1 of 1              Date Rcvd: Jan 15, 2019
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
db             +Thomas A. Rogers,    P.O. Box 195,    Republic, PA 15475-0195
               +WalMart,    Atten: Payroll,    355 Walmart Drive,    Uniontown, PA 15401-8424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Thomas A. Rogers dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4