File No. 12104

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Thomas A. Rogers, | : | Case No.  18-24911 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on January 18, 2019, I served a copy of the Court's January 15, 2019, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at WalMart, Attn: Payroll Manager, 355 Walmart Drive, Uniontown, PA 15401.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: January 18, 2019

                                                ZEBLEY MEHALOV & WHITE, P.C.

                                                BY

                                                /s/ Daniel R. White_____
                                                      Daniel R. White
                                                      PA I.D. No. 78718
                                                      P.O. Box 2123
                                                      Uniontown, PA 15401
                                                     724-439-9200
                                                     Email: dwhite@Zeblaw.com
                                                     Attorneys for Debtor